UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITAL AREA IMMIGRANTS' RIGHTS COALITION, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>  Defendants. | Civil Action No. 23-3344 (CJN) |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT AND TO FILE A CROSS-MOTION**

By and through undersigned counsel, Defendants respectfully move to extend the deadline to respond to Plaintiffs' motion for summary judgment in this Freedom of Information Act ("FOIA") case, and to file a cross-motion for summary judgment, until July 15, 2024. A response is presently due on June 3, 2024. Pursuant to Local Civil Rule 7(m), undersigned counsel emailed counsel for Plaintiff, Daniel Melo, at 4:51 p.m. on May 28, 2024, to see if he consented to the relief sought by this motion. A follow up email was sent on May 29, 2024, at 4:09 p.m. As of the filing of this motion a response has not yet been received. If a response is received, counsel will notify the Court. Mindful of this Court's Standing Order requiring motions to extend to be filed four days before the due date, counsel is filing this motion.

Good grounds exist for the granting of this motion pursuant to Fed. R. Civ. P. 6(b) as follows.

Plaintiffs served a FOIA request on August 29, 2023, and filed this suit on November 8, 2023 (ECF No. 1). Defendants answered the complaint on January 8, 2024 (ECF No. 8). Plaintiffs alleged in their complaint that they served a FOIA request upon Defendants and had not received

a response.  Defendants provided a response on February 28, 2024. On May 20, 2024, Plaintiffs filed a motion for summary judgment (ECF No. 9).  Plaintiffs' motion is 27 pages long and contains 96 pages of attachments and exhibits.  A response is presently due on June 3, 2024.

Undersigned counsel, as with all Assistants in the Civil Division of the United States Attorney's Office in the District of Columbia, has an extremely large and burdensome litigation caseload.  Given the litigation caseload, it is not always possible to adhere to initial due dates despite counsel's best efforts, as in this case.

Here is an example of briefings and other events that undersigned counsel has due in the next two weeks: a dispositive motion in a Social Security case due on June 3, 2024; an opposition to a motion for summary judgment in a Bureau of Naval Records case due on June 5, 2024; an opposition to a motion for fees in an Equal Access to Justice Act case also due on June 5, 2024; a mediation statement due on June 6, 2024; an appellate brief due on June 10, 2024;  two summary judgment motions due in consolidated employment cases also due on June 10, 2024; a mediation with a Magistrate Judge on June 13, 2024; an opposition to a motion for reconsideration also due on June 13, 2024; a reply in support of a motion for summary judgment due on June 14, 2024. Each of the foregoing cases is older than the instant FOIA matter.

The foregoing litigation matters do not include conferences, status reports, discovery, other litigation duties, and administrative matters.

Given the foregoing, it would not be possible for counsel to respond to Plaintiffs' motion for summary judgment by the current due date.  Undersigned counsel requests a reasonable period of additional time to discuss this matter with the relevant agencies and formulate Defendants' opposition and cross-motion.  Accordingly, Defendants request this extension of time.

- 3 -

      Defendants propose this extension in good faith and not for the purpose of delay. This is Defendants' first request for an extension of the summary judgment response date. Granting the requested extension will not impact any other deadlines and will serve the interests of justice by affording government counsel a reasonable period of additional time to further discuss this matter with the relevant agencies, gather necessary information, and prepare a response to Plaintiffs' motion.

\* \* \*

WHEREFORE, Defendants respectfully request that the deadline to respond to the Plaintiffs' motion for summary judgment be extended through and including July 15, 2024. A proposed order is enclosed herewith.

Dated: May 29, 2024
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:        */s/ Thomas W. Duffey*
     THOMAS W. DUFFEY
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-2510

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITAL AREA IMMIGRANTS' RIGHTS COALITION, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>      Defendants. | Civil Action No. 23-3344 (CJN) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion for an extension of time to respond to Plaintiffs' motion for summary judgment, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendants' t motion is GRANTED; and it is further

ORDERED that Defendants shall have through and including July 15, 2024, to respond to the Plaintiffs' motion for summary judgment and to file any cross-motion.

SO ORDERED:

_____           _____
Dated                                                                         CARL J. NICHOLS
                                                                                      United States District Judge