UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CAPITAL AREA IMMIGRANTS' RIGHTS COALITION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Civil Action No. 23-3344 (CJN) |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT AND TO FILE A CROSS-MOTION**

By and through undersigned counsel, Defendants respectfully move to extend the deadline to respond to Plaintiffs' motion for summary judgment in this Freedom of Information Act ("FOIA") case, and to file a cross-motion for summary judgment, until August 15, 2024. A prior motion was filed on May 29, 2024 (ECF No. 10), seeking a response date of July 15, 2024, but it has not yet been ruled on by the Court. Defendants request that this motion supersede that motion.

Pursuant to Local Civil Rule 7(m), undersigned counsel emailed counsel for Plaintiff, Daniel Melo, at 1:48 p.m. on July 10, 2024, to see if he consented to the relief sought by this motion. As of the filing of this motion a response has not yet been received. If a response is received, counsel will notify the Court. Mindful of this Court's Standing Order requiring motions to extend to be filed four days before a due date, counsel is filing this motion.

Good grounds exist for the granting of this motion pursuant to Fed. R. Civ. P. 6(b) as follows.

Plaintiffs served a FOIA request on August 29, 2023, and filed this suit on November 8, 2023 (ECF No. 1). Defendants answered the complaint on January 8, 2024 (ECF No. 8). Plaintiffs

alleged in their complaint that they served a FOIA request upon Defendants and had not received a response. Defendants provided a response on February 28, 2024. On May 20, 2024, Plaintiffs filed a motion for summary judgment (ECF No. 9). Plaintiffs' motion is 27 pages long and contains 96 pages of attachments and exhibits.

In his July 10, 2024 email, undersigned counsel advised Plaintiffs' counsel that DHS will be reprocessing some documents without redactions, and would also be releasing another document to Plaintiff. This should be done by the end of the week.

Additionally, undersigned counsel, as with all Assistants in the Civil Division of the United States Attorney's Office in the District of Columbia, has an extremely large and burdensome litigation caseload. Given the litigation caseload, it is not always possible to adhere to due dates despite counsel's best efforts, as in this case.

Counsel has a motion for summary judgment due in another FOIA case on July 15, 2024, and two motions for summary judgment due on July 16, 2024, in two consolidated employment cases with a complex and voluminous record. Each of the foregoing cases is older than the instant FOIA matter. The burdensome litigation schedule continues throughout July and includes additional motion briefing, conferences, status reports, discovery, other litigation duties, and administrative matters.

Given the foregoing, it would not be possible for counsel to respond to Plaintiffs' motion for summary judgment by July 15, 2024. Undersigned counsel requests a reasonable period of additional time to discuss this matter with the relevant agencies and formulate Defendants' opposition and cross-motion. Accordingly, Defendants request this extension of time.

Further, Defendants will be providing additional records to Plaintiff.

Defendants propose this extension in good faith and not for the purpose of delay. This is Defendants' second request for an extension of the summary judgment response date. Granting the requested extension will not impact any other deadlines and will serve the interests of justice by affording government counsel a reasonable period of additional time to further discuss this matter with the relevant agencies, gather necessary information, and prepare a response to Plaintiffs' motion.

\*   \*   \*

WHEREFORE, Defendants respectfully request that the deadline to respond to the Plaintiffs' motion for summary judgment be extended through and including August 15, 2024. A proposed order is enclosed herewith.

Dated: July 11, 2024
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: _____/s/ Thomas W. Duffey_____
THOMAS W. DUFFEY
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2510

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITAL AREA IMMIGRANTS' RIGHTS COALITION, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>      Defendants. | Civil Action No. 23-3344 (CJN) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion for an extension of time to respond to Plaintiffs' motion for summary judgment, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that Defendants shall have through and including August 15, 2024, to respond to the Plaintiffs' motion for summary judgment and to file any cross-motion.

SO ORDERED:

_____             _____
Dated                                                       CARL J. NICHOLS
                                                                              United States District Judge