UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITAL AREA IMMIGRANTS' RIGHTS COALITION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Defendants. | Civil Action No. 23-3344 (CJN) |

**INDEX OF EXHIBITS**

Pursuant to the Standing Order of this Court, Defendants Department of Homeland Security ("DHS") and Immigration and Customs enforcement ("ICE") have submitted the following exhibits in support of their opposition to Plaintiffs' motion for summary judgment and in support of their cross-motion for summary judgment:

**Exhibit 1** – The Declaration of Fernando Pineiro, Director of ICE's Freedom of Information Act Office. Attached to Mr. Pineiro's Declaration as Attachment A is ICE's *Vaughn* index.

**Exhibit 2** – The February 28, 2024 release letter to Plaintiffs

**Exhibit 3** – The July 15, 2024 release letter to Plaintiffs