# EXHIBIT 2



*Office of Information Governance and Privacy*

**U.S. Department of Homeland Security**
500 12th St., SW
Washington, D.C. 20536

**U.S. Immigration and Customs Enforcement**

February 28, 2024

Daniel Melo
1025 Connecticut Ave NW
Suite 701
Washington, DC  20036
202 916-8180
Daniel.melo@caircoalition.org

RE:   **Capital Area Immigrants' Rights Coalition v DHS and ICE, 1:23-cv-03344**
        **ICE FOIA Case Number 2024-ICLI-00011**
        **First Release 2023-ICFO-40841**

Dear Mr. Melo:

This is the first response to your Freedom of Information Act (FOIA) request to U.S. Immigration and Customs Enforcement (ICE), dated August 29, 2023, for all records relating to the subject of record's detention, including, but not limited to: ICE/ERO/DHS decisions relating to continued detention. ICE/ERO/DHS contact with any and all countries, and all other documentation of efforts made by ICE/ERO/DHS to remove the subject of record from the U.S.

ICE has considered your request under FOIA, 5 U.S.C. § 552.

A search for records were located which were potentially responsive to your request. For this production ICE reviewed 73 pages of potentially responsive documents. ICE has determined that 25 pages were deemed duplicates. The remaining of the 48 pages will be released in full or disclosed in part. Exemptions (b)(6), (6)(7)(C), and (b)(7)(E) as described below. A total of 48 pages have been Bates numbered 2024-ICLI-00011 001 through 2024-ICLI-00011 048.

ICE has applied FOIA Exemptions 6 and 7(C) to protect from disclosure the names, e-mail addresses, and phone numbers of DHS employees contained within the documents. For this

**FOIA Exemption 6** exempts from disclosure personnel or medical files and similar files the release of which would cause a clearly unwarranted invasion of personal privacy. This requires a balancing of the public's right to disclosure against the individual's right to privacy. The privacy interests of the individuals in the records you have requested outweigh any minimal public interest in disclosure of the information. Any private interest you may have in that information does not factor into the aforementioned balancing test.

**FOIA Exemption 7(C)** protects records or information compiled for law enforcement purposes that could reasonably be expected to constitute an unwarranted invasion of personal privacy. This exemption takes particular note of the strong interests of individuals, whether they are suspects, witnesses, or investigators, in not being unwarrantably associated with alleged criminal activity. That interest extends to persons who are not only the subjects of the investigation, but those who may have their privacy invaded by having their identities and information about them revealed in connection with an investigation. Based upon the traditional recognition of strong privacy interest in law enforcement records, categorical withholding of information that identifies third parties in law enforcement records is ordinarily appropriate. As such, I have determined that the privacy interest in the identities of individuals in the records you have requested clearly outweigh any minimal public interest in disclosure of the information. Please note that any private interest you may have in that information does not factor into this determination.

ICE has applied FOIA Exemption 7(E) to protect from disclosure internal agency case numbers contained within the document.

**FOIA Exemption 7(E)** protects records compiled for law enforcement purposes, the release of which would disclose techniques and/or procedures for law enforcement investigations or prosecutions or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law. I have determined that disclosure of certain law enforcement sensitive information contained within the responsive records could reasonably be expected to risk circumvention of the law. Additionally, the techniques and procedures at issue are not well known to the public.

If you have you any questions about this matter, please contact Assistant U.S. Attorney thomas.duffey@usdoj.gov or 202-252-2510.

Sincerely,

LOUIS P DINATALE III
Digitally signed by LOUIS P DINATALE III
Date: 2024.02.28 07:59:11 -05'00'

Louis P. DiNatale III
Litigation Team Supervisor

Enclosure(s):  48 pages