# EXHIBIT 3

Case 1:23-cv-03344-CJN    Document 15-6    Filed 08/15/24    Page 1 of 2

Office of Information Governance and Privacy
U.S. Department of Homeland Security
500 12th St., SW
Washington, D.C. 20536



**U.S. Immigration and Customs Enforcement**

July 15, 2024

Daniel Melo
1025 Connecticut Ave NW, Suite 701
Washington, DC  20036
202 916-8180
Daniel.melo@caircoalition.org

RE:   **Capital Area Immigrants' Rights Coalition v DHS and ICE, 1:23-cv-03344**
      **ICE FOIA Case Number 2024-ICLI-00011**
      **Supplemental Interim Release 2023-ICFO-40841**

Dear Mr. Melo:

This is a supplemental re-release to your Freedom of Information Act (FOIA) request to U.S. Immigration and Customs Enforcement (ICE), dated August 29, 2023, for all records relating to the subject of record's detention, including, but not limited to: ICE/ERO/DHS decisions relating to continued detention. ICE/ERO/DHS contact with any and all countries, and all other documentation of efforts made by ICE/ERO/DHS to remove the subject of record from the U.S.

The supplemental response is a re-release of 49 pages of documents from the first and final release with FOIA Exemption 5 redactions lifted from 7 pages and one (1) page that was originally marked as duplicate is now responsive, bates number 26.

The Bates numbered pages that were revised are as follows:
13, 14, 26, 32, 33, 39, 46, 47

If you have you any questions about this matter, please contact Assistant U.S. Attorney thomas.duffey@usdoj.gov or 202-252-2510.

Sincerely,

LOUIS P DINATALE III
Digitally signed by LOUIS P DINATALE III
Date: 2024.07.15 08:17:58 -04'00'

Louis P. DiNatale III
Litigation Team Supervisor

Enclosure(s):  49 pages

www.ice.gov