# Exhibit A

1:23-cv-03344-CJN

| | |
|---|---|
| From: | (b)(6),(b)(7)(C) |
| Sent: | 9/11/2023 8:31:30 PM |
| To: | (b)(6),(b)(7)(C) |
| Subject: | POCR Guerra-Rodriguez, Carlos Roberto |

H (b)(6),(b)(7)(C)

Please submit a POCR for Guerra-Rodriguez, Carlos Roberto first thing Tuesday in ePOCR. We'll release him on OSUP once the POCR is reviewed and the release letter is signed. You can also go ahead and prep the I-220B and 216/203 for release.

Thanks,

(b)(6),(b)(7)(C)
Supervisory Detention and Deportation Officer
Caroline Detention Facility
Washington Field Office
**Enforcement and Removal Operations**
**U.S. Immigration and Customs Enforcement**
Office: 804-330 (b)(6),(b)(7)(C)

CONFIDENTIALITY NOTICE: This document may contain confidential and sensitive U.S. Government information, and is not for release, review, retransmission, dissemination or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies of the original. Any disclosure of this document must be approved by the Department of Homeland Security, U.S. Immigration and Customs Enforcement.