# Exhibit B

1:23-cv-03344-CJN

**From:** (b)(6),(b)(7)(C)
**Sent:** 9/12/2023 6:04:57 PM
**To:** (b)(6),(b)(7)(C)
**Subject:** FW: POCR recommendation submitted for CARLOS GUERRA-RODRIGUEZ
**Attachments:** Release Notification Letter Guerra-Rodriguez Carlos Roberto ███████.pdf


(b)(6),(b)(7)(C)
Assistant Field Office Director
Washington Field Office
Richmond Sub-Office
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
(b)(6),(b)(7)(C)@ice.dhs.gov

**From:** (b)(6),(b)(7)(C) @ice.dhs.gov>
**Date:** Tuesday, Sep 12, 2023 at 1:52 PM
**To:** (b)(6),(b)(7)(C) @ice.dhs.gov>
**Cc:** (b)(6),(b)(7)(C) @ice.dhs.gov>
**Subject:** RE: POCR recommendation submitted for CARLOS GUERRA-RODRIGUEZ

Release on OSUP with bi-annual reporting requirements, sir.

(b)(6),(b)(7)(C)
Deputy Field Office Director
Washington Field Office
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
Cell: 202-560-(b)(6),(b)(7)(C)

This communication is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this communication should be furnished to the media, either in written or verbal form.

**From:** (b)(6),(b)(7)(C) @ice.dhs.gov>
**Sent:** Tuesday, September 12, 2023 1:01 PM
**To:** (b)(6),(b)(7)(C) @ice.dhs.gov>
**Subject:** FW: POCR recommendation submitted for CARLOS GUERRA-RODRIGUEZ

Sir,

As discussed with management and OPLA yesterday.

We were working on this case being at day 74.

Not a flight risk due to grant of DCAT, subject to be placed on OSUP today and released with your concurance.

Release letter attached.

**(b)(6) (b)(7)(C)**
Assistant Field Office Director, Custody Management
Washington Field Office
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
(o)804-330-(b)(6)(b)(7)(C) (f)804-330-(b)(6)(b)(7)(C)
(b)(6)(b)(7)(C)@ice.dhs.gov

---

**From:** (b)(6) (b)(7)(C) @ice.dhs.gov>
**Sent:** Tuesday, September 12, 2023 11:06 AM
**To:** (b)(6) (b)(7)(C) @ice.dhs.gov>
**Subject:** POCR recommendation submitted for CARLOS GUERRA-RODRIGUEZ

Please review the POCR recommendation submitted by (b)(6) (b)(7)(C) for the case listed below.

Alien Name: CARLOS GUERRA-RODRIGUEZ
Alien Number: 
Case ID: (b)(7)(E)
Habeas: No

Go to ePOCR review recommendation

This e-mail was automatically generated by ePOCR, please do not reply to this e-mail.