# Exhibit C

1:23-cv-03344-CJN

|  |  |
|---|---|
|  | an ERO-HSI memorandum of understanding. ICE believes that it has satisfied the recommendation and will provide OIG with the supporting document for closure consideration. |

| | |
|---|---|
| Component | ICE |
| Report Number | OIG-19-28 |
| Report Title | ICE Faces Barriers in Timely Repatriation of Detained Aliens |
| Report Received/ Issued Date | 03/11/2019 |
| Rec # | 5 |
| Estimated Completion Date (or Date Closed) | 10/31/2022 |
| Recommendation | The Director of ICE should implement the use of an electronic system comparable to, or more accurate than, eTD as a source for official statistics, to improve the measures of cooperation with travel document requests. |
| Narrative of Implementation Status | ERO continues to work on deploying an electronic system as a source for official statistics regarding travel document decisions. ICE ERO deployed the Electronic Post Order Custody Review (ePOCR) system (formerly called eRMP) for pilot expansion to 12 field offices. ICE ERO and OCIO continue field testing the ePOCR system to coordinate technical adjustments within the system and are working to resolve any outstanding issues. ICE ERO soon will deploy ePOCR to all field offices once all the remaining enhancements and technical adjustments are completed. |

| | |
|---|---|
| Component | ICE |
| Report Number | OIG-19-57 |
| Report Title | A Joint Review of Law Enforcement Cooperation on the Southwest Border between the Federal Bureau of Investigation and Homeland Security Investigations |
| Report Received/ Issued Date | 07/31/2019 |
| Rec # | 5 |
| Estimated Completion Date (or Date Closed) | 01/17/2023 |