IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Case No. 1:23-CV-03344-CJN

CAPITAL AREA IMMIGRANTS' RIGHTS COALITION, et. al,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et. al,

*Defendants*.

## Index of Exhibits

Pursuant to the Standing Order of this Court, Plaintiffs have submitted the following exhibits in support of their reply to Defendants' opposition to Plaintiffs' motion summary judgement:

Exhibit A—Excerpted email from ICE FOIA production discussing ePOCR

Exhibit B—Excerpted email from ICE FOIA production showing ePOCR case profile for Mr. Rodriguez Guerra

Exhibit C—Relevant excerpt from ICE 2023 Implementation Status of Public Recommendations discussing ePOCR's rollout and indicating its prior name as eRMP.

Exhibit D—Relevant excerpt from ICE 2018 Privacy Impact Assessment describing the eRMP module in detail.