UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITAL AREA IMMIGRANTS' RIGHTS COALITION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Civil Action No. 23-3344 (CJN) |

## DEFENDANTS' NOTICE OF FILING

Defendants, the United States Department of Homeland Security (the "Department") and United States Immigration and Customs Enforcement ("ICE") (collectively "Defendants"), respectfully submit this Notice of Filing.

In the Court's Minute Orders dated February 20, 2025, and February 28, 2025, Defendants were ordered to submit a supplemental declaration regarding the withholding of internal codes and to include a statement as to whether an updated ePOCR was sent to Plaintiff. In response to the Court's orders, the third declaration of Fernando Pineiro is attached.

Dated: March 5, 2025
       Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:     */s/ Thomas W. Duffey*
    THOMAS W. DUFFEY
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2510
    Thomas.duffey@usdoj.gov

*Attorneys for the United States of America*