IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Case No. 1:23-CV-03344-CJN

CAPITAL AREA IMMIGRANTS' RIGHTS COALITION, et. al,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et. al,

*Defendants*.

**PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEY FEES AND COSTS**

Plaintiffs, under Civil Rule 54(d)(2), hereby move the Court to award it attorneys' fees for 78.3 hours of work, at $612 per hour [78.3 X $612 = $47,919.60], and costs of $480.64. In addition, Plaintiffs requests "fees on fees" for 20.2 hours of work, at $612 per hour [ 20.2 x $612 = $12,362.40].

Plaintiffs made a FOIA request on August 29, 2023. It was only after several months and a lawsuit that Defendants actually conducted a search for and produced responsive records. It was only after many more months, cross-motions for summary judgment, and a hearing before this Court, that Defendants conceded that they had not produced all responsive records and finally corrected their error. Plaintiffs have substantially prevailed under 5 U.S.C. § 552(E).

Plaintiffs emailed opposing counsel on April 4, 2025, to determine whether there is any opposition to this motion, but to date, Defendants have not responded.

1

Date: April 14, 2025                    Respectfully submitted,

 /s/ *Daniel Melo*
Daniel Melo
NC Bar # 48654
Amica Center for Immigrant Rights
(formerly Capital Area Immigrants' Rights Coalition)
1025 Connecticut Ave NW Ste. 701
Washington, DC 20036
Tel: (202) 916-8180
Fax: (202) 331-3341
Daniel.Melo@amicacenter.org

*/s/ F. Evan Benz*

F. Evan Benz
Amica Center for Immigrant Rights
NC Bar # 49077
1025 Connecticut Ave NW Ste. 701
Washington, DC 20036
Tel: (202) 869-3984
Fax: (202) 331-3341
evan@amicacenter.org

*Pro Bono Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, undersigned counsel, hereby certify that on this date, I filed this MOTION FOR ATTORNEYS FEES AND COSTS and any attachments using the CM/ECF system.

Dated: April 14, 2025                    Respectfully submitted,

                                         /s/ Daniel Melo
                                         Daniel Melo