# Exhibit A

1:23-cv-03344-CJN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
### Case No. 1:23-CV-03344-CJN

CAPITAL AREA IMMIGRANTS' RIGHTS COALITION, et. al,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et. al,

*Defendants*.

## DECLARATION OF DANIEL MELO IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS

I, Daniel Melo, declare that, based on personal knowledge:

1. I am currently a Senior Attorney with Amica Center for Immigrant Rights ("Amica Center") (formerly CAIR Coalition), a 501(c)(3) non-profit, non-partisan organization, with its principal place of business in Washington, D.C. Amica Center provides legal services, including direct representation and pro se assistance, to detained and non-detained noncitizens in removal proceedings. Amica Center also represents its clients and provides pro se assistance on appeal before the Board of Immigration Appeals (BIA) and the U.S. Circuit Courts of Appeal, and on habeas in the federal district courts. I am lead counsel for Plaintiffs in this matter. I submit this Declaration in support of Plaintiff's Motion for Attorneys' Fees and Costs.

2. On August 29, 2023, I electronically submitted a FOIA request on behalf of Mr. Rodriguez Guerra and timely sought records relating to his detention and attempts by Immigration and Customs Enforcement (ICE) to remove him from the U.S.

3. In response to Plaintiffs' FOIA request, ICE sent me an email confirming receipt of it and assigned it a control number of 2023-ICFO-40841. It also invoked the "unusual circumstances" exception, granting it a ten-day extension to respond to the request, in addition to the twenty-day response deadline establish by the FOIA statute.

4. Having heard nothing from ICE, on October 12, 2023, I sent a follow-up email to the ICE FOIA email address requesting an update as to the status of the request, noting, *inter alia*, that the statutory deadline had passed.

5. On November 8, 2023, Plaintiffs filed suit in this District.

6. On February 28, 2024, Defendants provided Plaintiffs with a first production of 48 records that, on their face, indicated an incomplete production. Subsequently, Plaintiffs contacted Defendants seeking to narrow the scope of this issues before this Court as well as seek expedited treatment of the request. *See* Dkt. No. 9-6. Defendants did not respond to Plaintiffs' request and did not produce additional records.

7. On May 2, 2024, Plaintiffs filed for summary judgment.

8. On July 15, 2024, Defendants removed redactions and released an additional page to Plaintiffs.

9. After seeking two extensions, on August 15, 2024, Defendants filed their opposition to Plaintiffs motion and Defendants' own cross-motion for summary judgment.

10. On August 21, 2024, Plaintiffs filed a reply to Defendants' opposition.

11. On August 29, 2024, Plaintiffs filed a response to Defendants' cross motion for summary judgment.

12. After seeking another extension, Defendants' replied to Plaintiffs' opposition on October 4, 2024, and filed a second declaration from FOIA Officer Fernando Pieneiro.

13. On January 27, 2025, Plaintiffs filed a notice of supplemental authority.

14. On February 19, 2025, this Court heard argument on the Parties respective summary judgment motions. At argument, Defendants conceded under the Court's questioning that they had an obligation to produce Plaintiff Rodriguez Guerra's electronic Post Order Custody Review (ePOCR) profile.

15. On February 20, 2025, this Court ordered Defendants to provide an additional supplemental declaration explaining how disclosure of certain codes could cause the harms Defendants purported in their motion for summary judgment.

16. On February 28, 2025, this Court also ordered Defendants to confirm in said declaration that they had produced the updated ePOCR profile to Plaintiffs.

17. On March 5, 2025, Defendants filed a supplemental declaration.

18. On March 31, 2025, this Court issued its ruling on the Parties motions for summary judgment.

19. On April 4, 2025, I sought Defendants' position on fees and did not receive a reply.

20. Throughout this litigation, I have contemporaneously and accurately recorded my time spent on this matter, including descriptions of the tasks performed in six-minute increments. The timesheet that accompanies this exhibit is a true and correct copy of my entries and that of my co-counsel F. Evan Benz, for the dates between October 16, 2023 and April 14, 2025. I have been admitted to practice in North Carolina since March of 2015. Attorney Benz is my supervising attorney at Amica Center and has worked alongside me throughout this litigation.

I declare that the foregoing is a true and correct.

Executed on April 14, 2025.

/s/ Daniel Melo

**Daniel Melo Attorney Time, Costs, and Other Expenses**

*CAIR Co. v. ICE* **1:23-cv-3344**

| Date | Activity | Hours ($612 per hour)[1] | Expenses |
|---|---|---|---|
| 10/16/23 | Assembling evidence and drafting FOIA lawsuit | 3 | |
| 10/18/23 | Drafting of FOIA lawsuit | 1.5 | |
| 10/19/23 | Drafting FOIA lawsuit | 1.5 | |
| 11/3/23 | Drafting and editing FOIA suit | 3 | |
| 11/8/23 | Finalize and file FOIA suit | 1 | $402 |
| 11/10/23 | Service of process, including printing and mailing. | 1 | $78.64 |
| 1/9/24 | Research FOIA summary judgment motions. | 1 | |
| 1/12/24 | Drafting summary judgment motion. | 2 | |
| 1/31/24 | Additional research and drafting of summary judgment motion, pull and compile ICE FOIA data for motion. | 4 | |
| 2/1/24 | Drafting attorney declaration and summary judgment motion. | 2 | |
| 2/2/24 | Drafting attorney declaration and summary judgment motion. | 2 | |
| 2/5/24 | Review ICE record production. | 1 | |
| 2/8/24 | Research on challenges to partial productions. | 1 | |
| 2/8/24 | Drafting letter to opposing counsel discussing missing records and ICE's claimed exemptions. | .5 | |
| 4/10/24 | Drafting summary judgment motion. | 3 | |
| 4/15/24 | Drafting summary judgment motion. | 2 | |
| 4/23/24 | Drafting summary judgment motion. | 1 | |
| 4/29/24 | Drafting summary judgment motion. | 3 | |
| 5/5/24 | Drafting summary judgment motion. | 1 | |
| 5/13/24 | Drafting and finalizing summary judgment motion and exhibits. | 2 | |
| 5/20/24 | Final review and filing of summary judgment motion. | 1 | |
| 8/16/24 | Review the Defendants' response. | 1.5 | |
| 8/16/24 | Drafting reply brief. | 3 | |
| 8/19/24 | Drafting reply brief. | 3 | |
| 8/20/24 | Drafting reply brief. | 2 | |

---

[1] Rate taken from U.S. Attorney's Office's publication of the Fitzpatrick Matrix, available at https://www.justice.gov/usao-dc/page/file/1504361/dl?inline. Undersigned counsel is in his 10th year of practice as of March, 2015.

| Date | Description | Hours | |
|---|---|---|---|
| 8/21/24 | Drafting and finalizing reply brief, file. | 2 | |
| 8/27/24 | Drafting material facts and response to Defendants' summary judgment motion. | 2 | |
| 8/29/24 | Editing, finalizing, and filing Plaintiffs' response to Defendants' summary judgment motion. | 1 | |
| 10/7/24 | Review Defendants' reply to Plaintiffs' response on summary judgment. | .5 | |
| 2/11/25 | Outline argument for summary judgment hearing. | 1 | |
| 2/12/25 | Outline and prepare for summary judgment hearing. | 1 | |
| 2/14/25 | Preparation for summary judgment hearing. | 1 | |
| 2/18/25 | Summary judgment motion internal moot argument. | 1 | |
| 2/19/25 | Hearing on summary judgment motions. | .5 | |
| | | | |
| | | Total Hours: | =57 | |
| | | Total Attorney's Fees: | $34,884 | |
| | | Total Costs: | | =$480.64 |
| | | Total Amount: | $35,364.64 | |

**Daniel Melo Attorney Time, Costs, and Other Expenses for Fees on Fees**

| Date | Activity | Hours ($612 per hour)[1] | Expenses |
|---|---|---|---|
| 4/1/25 | Research on attorneys fees in FOIA cases | 1 | |
| 4/2/25 | Draft motion for attorneys fees. | 1.5 | |
| 4/3/25 | Drafting motion for attorneys' fees | 3 | |
| 4/4/25 | Drafting motion for attorneys' fees. | 3 | |
| 4/7/25 | Drafting motion for attorneys' fees. | 1 | |
| 4/8/25 | Additional research and drafting motion for attorneys' fees. | 1.5 | |
| 4/10/25 | Drafting motion for attorneys fees, review, citation checks. | 2 | |
| 4/11/25 | Review and incorporate edits and corrections to attorneys' fee motion. | 2 | |
| 4/14/25 | Draft and finalize declaration and fees on fees time, file motion. | 1.5 | |
| | | | |
| | Total Hours: | =16.5 | |
| | Total Attorney's Fees: | | |
| | Total Costs: | | $0 |
| | Total Amount: | $10,098 | |

---

[1] Rate taken from U.S. Attorney's Office's publication of the Fitzpatrick Matrix, available at https://www.justice.gov/usao-dc/page/file/1504361/dl?inline. Undersigned counsel is in his 10th year of practice as of March, 2015.