# Exhibit B

1:23-cv-03344-CJN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
### Case No. 1:23-CV-03344-CJN

CAPITAL AREA IMMIGRANTS' RIGHTS COALITION, et. al,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et. al,

*Defendants*.

## DECLARATION OF F. EVAN BENZ IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS

I, F. Evan Benz, declare that, based on personal knowledge:

1. I am an attorney for the Capital Area Immigrant Rights Coalition (now known as Amica Center for Immigrant Rights) and for Carlos Rodriguez Guerra ("Mr. Rodriguez Guerra"), both Plaintiffs in this matter. I submit this Declaration in support of Plaintiffs' Motion for Attorneys' Fees and Costs.

2. I am currently a Senior Attorney with Amica Center for Immigrant Rights ("Amica Center"), a 501(c)(3) non-profit, non-partisan organization, with its principal place of business in Washington, D.C. Amica Center provides legal services, including direct representation and pro se assistance, to detained and non-detained noncitizens in removal proceedings. Amica Center also represents its clients and provides pro se assistance on appeal before the Board of Immigration Appeals (BIA) and the U.S. Circuit Courts of Appeal, and on habeas in the federal district courts.

3. I am the supervisor of Daniel Melo ("Attorney Melo"), a fellow Senior Attorney at Amica Center who is lead counsel for the Plaintiffs in this matter.

4. On August 29, 2023, Attorney Melo electronically submitted a FOIA request on behalf of Mr. Rodriguez Guerra and timely sought records relating to his detention and attempts by Immigration and Customs Enforcement (ICE) to remove him from the U.S.

5. Following ICE's failure to respond to this FOIA request, Attorney Melo prepared a filed the instant lawsuit in this District.

6. My role throughout this litigation, as Attorney Melo's supervisor, has been to review and edit all pleadings that Plaintiffs have filed, to discuss litigation strategy for this case, to review Defendants' filings and discuss them with Attorney Melo, and to otherwise provide feedback on and support for Attorney Melo's legal work on this case.

7. Following the Court's Order on March 31, 2025, it became clear that Plaintiffs were prevailing parties in this matter and are therefore entitled to attorneys' fees. I therefore prepared and filed my Notice of Appearance with the Court on April 11, 2025. I have also prepared a log of the time I spent performing legal work on this case, which is being filed with this Declaration in support of Plaintiffs' Motion for Attorneys' Fees and Costs.

8. I have been admitted to practice in North Carolina since August 28, 2015.

9. Throughout this litigation, although I had not yet entered an appearance with this Court, I contemporaneously and accurately recorded my time spent on this matter as part of my normal time-keeping for my job, including descriptions of the tasks performed in six-minute increments. The timesheet that accompanies this exhibit is a true and correct copy of my entries and that of my co-counsel, Daniel Melo, for the dates between October 16, 2023 and April 14, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 14, 2025.                    /s/ F. Evan Benz

**F. Evan Benz Attorney Time, Costs, and Other Expenses**

*CAIR Co. v. ICE* **1:23-cv-3344**

| Date | Activity | Hours ($612 per hour)[1] | Expenses |
|---|---|---|---|
| 10/20/23 | Reviewing/editing FOIA complaint | 0.5 | |
| 2/5/24 | Reviewed ICE record production and discussed with Daniel | 0.5 | |
| 2/8/24 | Reviewed Daniel's email to opposing counsel discussing missing records and ICE's claimed exemptions. | 0.1 | |
| 2/22/24 | Reviewing/editing draft Motion for Judgment on the Pleadings | 3.2 | |
| 3/8/24 | Reviewed notes from Daniel's call with external partner re litigation strategy | 0.3 | |
| 5/3/24 | Reviewed/edited Daniel's Motion for Summary Judgment and Declaration in support of Motion for Summary Judgment | 3 | |
| 5/7/24 | Reviewed/edited Daniel's Motion for Summary Judgment | 2.5 | |
| 5/8/24 | Reviewed/edited Daniel's Motion for Summary Judgment | 0.3 | |
| 5/17/24 | Reviewed/edited Daniel's revised Declaration in support of Motion for Summary Judgment | 0.1 | |
| 5/29/24 | Internal emails re Defendants' request for extension to file Opposition To Plaintiffs' MSJ and Defendants' cross-MSJ | 0.2 | |
| 5/30/24 | Reviewed/edited opposition to Defendants' request for extension to file Opposition To Plaintiffs' MSJ and Defendants' cross-MSJ | 0.1 | |
| 7/9/24 | Discussed case status and next steps with Daniel in absence of court ruling on Defendants' request for extension | 0.3 | |
| 7/16/24 | Discussed with Daniel new/revised records production from Defendants | 0.3 | |
| 8/8/24 | Discussed case status and next steps with Daniel after court extended deadline for Defendants' Opposition To Plaintiffs' MSJ and Defendants' cross-MSJ | 0.2 | |
| 8/16/24 | Reviewed Defendants' Opposition To Plaintiffs' | 1.2 | |

---

[1] Rate taken from U.S. Attorney's Office's publication of the Fitzpatrick Matrix, available at https://www.justice.gov/usao-dc/page/file/1504361/dl?inline. Undersigned counsel is in his 10th year of practice as of April 2015.

| | | | |
|---|---|---|---|
| | MSJ and Defendants' cross-MSJ | | |
| 8/20/24 | Reviewed Daniel's draft Reply to Defendants' Opposition To Plaintiffs' MSJ | 0.5 | |
| 8/21/24 | Reviewed Daniel's email to opposing counsel re settlement offer | 0.1 | |
| 8/27/24 | Reviewed Daniel's email to opposing counsel re records missing from production; reviewed Plaintiff's ePOCR profile obtained via other means and discussed with Daniel and team re implications for litigation strategy | 1.5 | |
| 8/28/24 | Reviewed/edited Plaintiffs Response to Defendants' Cross-Motion for Summary Judgment | 0.4 | |
| 8/29/24 | Reviewed/edited Plaintiffs Response to Defendants' Cross-Motion for Summary Judgment and Plaintiffs' Response to Material Facts; discussed with Daniel | 1.2 | |
| 9/3/24 | Discussed with Daniel the Opposing Counsel's request for extension to file Reply to Plaintiffs' Opposition to Cross-Motion for Summary Judgment | 0.2 | |
| 10/7/24 | Reviewed Defendants' reply to Plaintiffs' opposition to cross-motion for summary judgment and discussed with Daniel | 0.8 | |
| 1/27/25 | Reviewed/edited Plaintiffs' Notice of Supplemental Authorities | 0.1 | |
| 2/7/25 | Discussed with Daniel the hearing scheduled for 2/19/25 | 0.7 | |
| 2/7/25 | Internal team discussion re settlement offer to opposing counsel | 0.2 | |
| 2/10/25 | Reviewed and discussed with Daniel terms of settlement offer to Opposing Counsel | 0.2 | |
| 2/14/25 | Reviewed Email from Opposing Counsel re settlement offer; reviewed and discussed Daniel's response to that email | 0.3 | |
| 2/18/25 | Prepared for and attended Daniel's internal moot argument for summary judgment motion | 1.4 | |
| 2/24/25 | Discussed 2/19 hearing and follow-up with Daniel | 0.2 | |
| 3/6/25 | Reviewed Defendants' supplemental declaration | 0.2 | |
| 3/31/25 | Reviewed Court's Order on Motions for Summary Judgment | 0.5 | |
| | | | |
| | Total Hours: | =21.3 | x $612 |
| | Total Attorney's Fees: | = $13, 035.60 | |

**F. Evan Benz Attorney Time, Costs, and Other Expenses Fees on Fees**

*CAIR Co. v. ICE* **1:23-cv-3344**

| Date | Activity | Hours ($612 per hour)[1] | Expenses |
|---|---|---|---|
| 4/10/25 | Reviewed/edited Motion for Attorneys' Fees and Daniel's record of time | 0.7 | |
| 4/11/25 | Prepared and filed Notice of Appearance for myself | 0.7 | |
| 4/11/25 | Prepared record of time for myself | 1.5 | |
| 4/14/25 | Revised and finalized my record of time on this case | 0.8 | |
| | | | |
| | Total Hours: | =3.7 | x $612 |
| | Total Attorney's Fees: | = $2,264.40 | |

---

[1] Rate taken from U.S. Attorney's Office's publication of the Fitzpatrick Matrix, available at https://www.justice.gov/usao-dc/page/file/1504361/dl?inline. Undersigned counsel is in his 10th year of practice as of April 2015.