IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Case No. 1:23-CV-03344-CJN

CAPITAL AREA IMMIGRANTS' RIGHTS COALITION, et. al,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et. al,

*Defendants*.

## [PROPOSED] ORDER

The Court hereby GRANTS Plaintiffs Motion for Award of Attorneys' Fees and Costs, and AWARDS Plaintiff $_____, plus reasonable additional fees for additional work performed in connection with its attorneys' fee motion in the amount of $_____.

Date: _____

_____
Hon. Carl J. Nichols
U.S. District Judge