


An official website of the United States government
Here's how you know

# FOIA.gov

MENU

**Thank you for visiting FOIA.gov, the government's central website for FOIA.** We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

# Report Results

## Processed Requests - Response Time for All Processed Perfected Requests

| Agency | Component | Fiscal Year | Simple - Median Number of Days | Simple - Average Number of Days | Simple - Lowest Number of Days | Simple - Highest Number of Days | Complex - Median Number of Days | Complex - Average Number of Days | Complex - Lowest Number of Days | Complex - Highest Number of Days | Expedited Processing - Median Number of Days | Expedited Processing - Average Number of Days | Expedited Processing - Lowest Number of Days | Expedited Processing - Highest Number of Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Department of Homeland Security | ICE | 2023 | 1 | 3 | <1 | 20 | 227 | 227 | 21 | 1428 | 173 | 207 | 1 | 720 |



# FOIA.gov

## CONTACT

Office of Information Policy (OIP)

U.S. Department of Justice

441 G St, NW, 6th Floor

Washington, DC 20530

E-mail: National.FOIAPortal@usdoj.gov

Hero image credit   CC3.0

- FREQUENTLY ASKED QUESTIONS
- DEVELOPER RESOURCES
- AGENCY API SPEC
- FOIA CONTACT DOWNLOAD
- FOIA DATASET DOWNLOAD
- ACCESSIBILITY
- PRIVACY POLICY
- POLICIES & DISCLAIMERS
- JUSTICE.GOV
- USA.GOV