AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| Capital Area Immigrants' Rights Coalition, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-03344 |
| US Department of Homeland Security | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                                      .

Date:   02/12/2026

/s/ Daniel Melo
*Attorney's signature*

Daniel Melo NC 48654
*Printed name and bar number*

2920 Forestville Road, Ste 100, PMB 1192
Raleigh, NC 27616

*Address*

dan@themelolawfirm.com
*E-mail address*

(919) 348-9213
*Telephone number*

*FAX number*